UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-1111

———————

WILLIAM M. LEWIS, JR.,

Plaintiff - Appellant,

versus

CAPITAL ONE BANK; NATIONSBANK, N.A.,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-97-560)

———————

Submitted:  May 19, 1998              Decided:  July 24, 1998

———————

Before ERVIN, WILKINS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William M. Lewis, Jr., Appellant Pro Se.  Frank Grey LaPrade, III, CAPITAL ONE FINANCIAL CORPORATION, Glen Allen, Virginia; Stephen Atherton Northup, MAYS & VALENTINE, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendants' motions to dismiss his action alleging violations of his constitutional rights. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lewis v. Capital One Bank</u>, No. CA-97-560 (E.D. Va. Jan. 13 & Feb. 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>